IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| VERONICA CAPOEMAN, <br><br>　　Plaintiff, <br><br>vs. <br><br>MICHAEL J. ASTRUE, <br>Commissioner of Social Security, <br><br>　　Defendant. | Civil No. 3:10-CV-05371-BHS-JRC <br><br> ORDER AMENDING BRIEFING SCHEDULE |

Upon motion of Defendant for an extension of time in which to file a responsive brief herein, and with no objection from Plaintiff, it is hereby ORDERED that the Briefing Schedule shall be amended as follows:

- Defendant's responsive motion shall be filed by December 6, 2010;
- Plaintiff's optional reply shall be filed by December 20, 2010;
- Oral Argument, if desired, shall be requested by December 27, 2010.

IT IS SO ORDERED this 6th day of October, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-CV-05371-BHS-JRC]