# United States District Court

WESTERN DISTRICT OF WASHINGTON

VERONICA J. CAPOEMAN,

              v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

JUDGMENT IN A CIVIL CASE

Case No. C10-5371BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The R&R is **ADOPTED**; and

(2)     This action is **REVERSED and REMANDED**.

|  |  |
|---|---|
| May 26, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s / Mary Trent* |
|  | Deputy Clerk |