United States District Judge BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA J. CAPOEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security, | CIVIL NO. C10-5371-JRC-BHS<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's unopposed Motion For Attorneys Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a net attorney's fee of $11,188.00 pursuant to 42 U.S.C. § 406(b), not reduced by the EAJA fees that previously were awarded, because no EAJA fees were paid to Plaintiff's attorneys. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

Plaintiff's attorney the net balance of $11,188.00, minus any applicable processing fees as allowed by statute.

DATED this 16th day of September, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

S/ELIE HALPERN____________
ELIE HALPERN, WSB NO. 1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [C10-5371-JRC-BHS] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com